# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

John D. Trowbridge,

        Plaintiff,

  v.

Nancy A. Berryhill,
Acting Commissioner of
Social Security,

        Defendant.

No. 3:18-cv-01578

(Judge Jones)

## ORDER

AND NOW, this 1st day of May 2019, for the reasons discussed in the simultaneously filed memorandum, **it is hereby ordered that:**

1. Plaintiff's appeal of the Commissioner's denial of benefits (Doc. 1) is granted;

2. Pursuant to the fourth sentence of 42 U.S.C. § 405 (g), this matter is remanded to the acting Commissioner of Social Security for further consideration consistent with the simultaneously filed memorandum; and

3. The Clerk of Court is directed to enter judgment in accordance with this Order and to mark the matter in this Court closed.

By the Court:

s/ John E. Jones III
John E. Jones, III
United States District Judge